UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20166-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIASIB REYES,

    Defendant.

_____/

## NOTICE OF APPEARANCE FOR CRIMINAL FORFEITURE

The United States of America hereby gives notice that Assistant United States Attorney William T. Zloch has been assigned to this case with responsibility for matters related to criminal forfeiture.

Respectfully Submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  /s/ William T. Zloch
    WILLIAM T. ZLOCH (Florida Bar No. 0105619)
    ASSISTANT UNITED STATES ATTORNEY
    Email: William.zloch@usdoj.gov
    United States Attorney's Office
    500 S. Australian Ave. Suite 400
    West Palm Beach, FL 33401
    Telephone: (561) 820-8711
    Facsimile: (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                   */s/William T. Zloch*
                                                                    William T. Zloch
                                                                    Assistant United States Attorney