UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20166-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ELIASIB REYES**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Eliasib Reyes's Unopposed Motion to Extend Plea Deadline [ECF No. 12]. Given the trial is scheduled for the two-week trial period beginning June 19, 2023, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** in part. Defendant's plea deadline is extended to June 16, 2023.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record