UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20166-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ELIASIB REYES**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Eliasib Reyes' Unopposed Motion for Permission to Travel from July 7, 2023 through July 11, 2023 [ECF No. 21]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant is permitted to travel to Peabody, Massachusetts from July 7, 2023, through July 11, 2023. Defendant shall provide his itinerary to Pretrial Services and report to them immediately upon his return.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record